UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELA SMITH,

    Plaintiff,

v.

MONTEREY MUSHROOMS, LLC,

    Defendant.

Case No. 25-cv-08213-NC

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the Court will review for consideration of whether the case is related to 25-cv-08237 NC, *Gregory Hanley v. Monterey Mushrooms LLC*.

**IT IS SO ORDERED.**

Dated: September 29, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge