UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLARA SHERMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>MONTEREY MUSHROOMS, LLC,<br><br>    Defendant. | Case No. 25-cv-08407-VKD<br><br>**ORDER REFERRING CASE FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-captioned matter is referred to the Honorable Beth Labson Freeman for consideration of whether the case is related to Case No. 5:25-cv-08213-BLF *Smith v. Monterey Mushrooms, LLC*.

**IT IS SO ORDERED.**

Dated: October 3, 2025

Virginia K. DeMarchi
United States Magistrate Judge