# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANGELA SMITH,<br>       Plaintiff,<br>  v.<br>MONTEREY MUSHROOMS, LLC,<br>       Defendant. | Case No. 25-cv-08213-BLF |
| GREGORY HANLEY,<br>       Plaintiff,<br>  v.<br>MONTEREY MUSHROOMS, LLC,<br>       Defendant. | Case No. 25-cv-08237-BLF |
| CLARA SHERMAN,<br>       Plaintiff,<br>  v.<br>MONTEREY MUSHROOMS, LLC,<br>       Defendant. | Case No. 25-cv-08407-BLF<br><br>**ORDER TO SHOW CAUSE WHY RELATED CASES SHOULD NOT BE CONSOLIDATED** |

On October 3, 2025, the Court related Case No. 25-cv-08213-BLF, Case No. 25-cv-08237-BLF, and Case No. 25-cv-08407-BLF.  The Parties are ORDERED TO SHOW CAUSE on or before October 21, 2025 why these cases should not be consolidated to *Smith v. Monterey Mushrooms, LLC*, Case No. 25-cv-08213-BLF.

**IT IS SO ORDERED.**

Dated: October 7, 2025

_____
BETH LABSON FREEMAN
United States District Judge